**Wednesday, December 26, 1990**

## MERIT DOCKET

**90-943.** Welch Hills Dev. Corp. v. Franklin Cty. Bd. of Revision. Board of Tax Appeals, Nos. 89-F-257, 89-C-257, 89-F-258 and 89-C-258. On motion to dismiss and on motion to consolidate with 90-1409, *Greenleaf Investment Corp.* v. *Franklin Cty. Bd. of Revision,* Board of Tax Appeals, No. 89-G-243; 90-1410, *HWK Corp.* v. *Franklin Cty. Bd. of Revision,* Board of

Tax Appeals, No. 89-A-246; 90-1411, *HWK Corp.* v. *Franklin Cty. Bd. of Revision,* Board of Tax Appeals, No. 89-A-248; 90-1412, *Greenleaf Investment Corp.* v. *Franklin Cty. Bd. of Revision,* Board of Tax Appeals, No. 89-G-244; and 90-1413, *WKH Corp.* v. *Franklin Cty. Bd. of Revision,* Board of Tax Appeals, Nos. 89-F-252, 89-F-253, 89-F-254, 89-F-255 and 89-F-256. Motion to dismiss granted; motion to consolidate granted; *sua sponte,* case Nos. 90-1409, 90-1410, 90-1411, 90-1412 and 90-1413 are dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.